UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Petitioner,<br>v.<br>ADIL HIRAMANEK,<br>Respondent. | Case Nos. 17-cv-03389 NC, 17-cv-03392 NC<br><br>**ORDER TO SHOW CAUSE**<br>Re: Dkt. No. 10 |

The Court has reviewed respondent Adil Hiramanek's June 20 filing, docket number 10 in case number 17-cv-03389. In it, he states that he is "contemplating an appropriate filing that may require" recusal of the undersigned magistrate judge in these related cases. No facts that would require recusal are presented. If Mr. Hiramanek has a factual basis for the Court to consider whether recusal is appropriate, he must present them in a declaration under penalty of perjury filed by July 5, 2017.

**IT IS SO ORDERED.**

Dated: June 20, 2017

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

Case Nos. 17-cv-03389 NC, 17-cv-03392 NC