# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ADIL HIRAMANEK,<br><br>　　　　Respondent. | Case No. 17-cv-03389-BLF<br><br>**ORDER DENYING RESPONDENT'S ADMINISTRATIVE MOTION TO ORDER PETITIONER TO FILE DISCLOSURE PURSUANT TO CIVIL LOCAL RULE 3-15**<br><br>[Re: ECF 13] |

Presently before the Court is Respondent Adil Hiramanek's expedited administrative motion to order petitioner to file a disclosure of non-party interested entities or persons pursuant to Civil Local Rule 3-15. Mot., ECF 13. Respondent seeks such a disclosure "to sort out conflicts of interest." *Id.* The Government opposes Mr. Hiramanek's motion. ECF 15.

Under Civil Local Rule 3-15, "each party to any civil proceeding must file with the Clerk a 'Certification of Interested Entities or Persons'" upon their first appearance in an action. Civ. L.R. 3-15(a). The rule specifically excludes "governmental entities or its agencies" from parties obliged to disclose a certification of interests. *Id.* Although Mr. Hiramanek alleges a possibility of bias in favor of the Government, the Court finds such suggestions unsupported. And, Mr. Hiramanek cites no authority in support of his contention that the Government should be required to file such a certification given the circumstances. To the extent that Mr. Hiramanek is seeking disqualification of Magistrate Judge Cousins, that issue is moot given the fact that this case has been reassigned to the undersigned. Accordingly, the Court DENIES Respondent's motion.

**IT IS SO ORDERED.**

Dated: June 28, 2017

　　　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　BETH LABSON FREEMAN
　　　　　　　　　　　　　　　　　　　　　　United States District Judge